IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRACY CAMPONESCHI<br>Plaintiff, | *<br>* |
| v. | CIVIL ACTION NO. RDB-12-2190 |
| | * |
| NCO FINANCIAL SYSTEMS, INC.<br>Defendant. | *<br>*** |

## ORDER

On July 31, 2012, the Court denied Plaintiff's Motion for Leave to Proceed In Forma Pauperis and granted Plaintiff twenty-eight days to submit the $350.00 civil filing fee in this counseled Fair Debt Collection Act case. Plaintiff was cautioned that the failure to pay the filing fee could result in the dismissal of the case without further notice. (ECF No. 3).

It appearing that the requisite time has passed and no filing fee has been submitted. The Court has no alternative but to dismiss the action without prejudice for non-compliance with court order.

Accordingly, it is this 5th day of September, 2012, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED WITHOUT PREJUDICE; and
2. The Clerk SHALL SEND a copy of this Order to counsel of record.

                                                  /s/
                               RICHARD D. BENNETT
                          UNITED STATES DISTRICT JUDGE